# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| 3W POWER USA, INC. § | |
|     Plaintiff, § | |
| § | |
| vs. § | Case No. 4:15cv677 |
| § | |
| POWER MAX CO., LTD. § | |
|     Defendant. § | |

## ORDER ON CLOSING DOCUMENTS

The court has been advised by the parties that all claims in the above-styled civil action have been settled. Therefore, it is **ORDERED** that, on or before *June 16, 2017*, all parties shall submit to the court all papers necessary for the closing of this case and its removal from the active docket of this court. If such papers are not received by the court by the scheduled deadline, the court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the court may enter such orders as are just and necessary to insure prompt resolution of this case.

The Clerk is instructed to terminate all deadlines pending in this case.

**SIGNED this the 17th day of February, 2017.**

                                                                         RICHARD A. SCHELL
                                                                         UNITED STATES DISTRICT JUDGE