IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| 3W POWER USA, INC. f/k/a<br>AEG POWER SOLUTIONS USA, INC., | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | Case No. 4:15-CV-677 |
| POWER MAX CO., LTD., | §<br>§<br>§ | |
| Defendant. | § | |

## ORDER

On March 21, 2017, counsel for the parties appeared for a status conference in the above-referenced case. Creation Technologies Texas, LLC, by and through counsel, also appeared at the status conference.[1] Having heard from the parties and Creation Technologies Texas, LLC, the court finds that the parties shall file a status report with the court by 5:00 p.m. on **MARCH 31, 2017**, notifying the court if the parties intend to proceed with the terms of the settlement agreement. If the parties intend to proceed with the terms of the settlement agreement, the parties shall advise the court regarding the filing of the necessary closing documents. If the parties do not intend to proceed with the terms of the settlement agreement, then the court will enter a briefing schedule on any pending motions as well as any other motions the parties intend to file.

**SIGNED this the 21st day of March, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

---

[1] Creation Technologies Texas, LLC filed a motion to intervene in this case on March 20, 2017. The motion is not yet ripe for consideration.