# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| 3W POWER USA, INC. F/K/A<br>AEG POWER SOLUTIONS USA, INC.<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>POWER MAX CO., LTD.,<br><br>    Defendant/Counter-Plaintiff. | Civil Action No. 4:15-CV-677 |

## JOINT STATUS REPORT

3W Power USA, Inc. f/k/a AEG Power Solutions USA, Inc. ("AEG"), Power Max Co., Ltd. ("Power Max"), and Creation Technologies Texas LLC ("Creation") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Status Report.

On March 29, 2017, in Hakata, Japan, Power Max initiated a wire transfer of two hundred thousand euros (€200,000) payable to AEG according to the instructions provided by AEG.

As of March 30, 2017, Creation is withdrawing its objection to the AEG/Power Max settlement agreement, with an express reservation of rights to pursue any and all claims that Creation may have against AEG, its parents, subsidiaries, predecessors, successors, assigns, officers and directors arising under the Creation-AEG MSA and Creation-AEG Security Agreement, and any breaches thereof.

Creation would like to keep its motion to intervene [Dkt #62] pending subject to completion of the payments under the AEG/Power Max settlement agreement. The Parties have agreed that no response to the motion would be required by Power Max or AEG absent a failure

of Power Max to complete the installment payments called for under the AEG/Power Max settlement agreement. Creation will prepare a stipulation and agreed motion to the Court continuing the response of Power Max and AEG to its motion to intervene.

Dated: March 31, 2017 

Respectfully submitted,

BANOWSKY & LEVINE, P.C.

*/s/ Baxter W. Banowsky*
Baxter W. Banowsky
Texas State Bar No. 00783593
12801 N. Central Expy, Ste. 1700
Dallas, Texas 75243
(214) 871-1300 (telephone)
(214) 871-0038 (facsimile)
bwb@banowsky.com

**ATTORNEY FOR PLAINTIFF**
**3W POWER USA, INC. F/K/A**
**AEG POWER SOLUTIONS USA, INC.**

DLA PIPER LLP (US)

*/s/ Nicole Figueroa*
Nicole Figueroa
State Bar No. 24069716
1717 Main Street, Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(972) 813-6274 (facsimile)
nicole.figueroa@dlapiper.com

Robert W. Brownlie (admitted *pro hac vice*)
California State Bar No. 138793
401 B Street, Suite 1700
San Diego, California 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (facsimile)
robert.brownlie@dlapiper.com

**ATTORNEYS FOR DEFENDANT**
**POWER MAX CO., LTD.**

(*SIGNATURES CONTINUED TO NEXT PAGE*)

CALHOUN, BHELLA & SECHREST, LLP

*/s/* Robert J. Bogdanowicz III
Robert J. Bogdanowicz III
Texas State Bar No. 24064916
325 N. Saint Paul St., Ste. 2300
Dallas, Texas 75201
(214) 981-9200 (telephone)
(214) 981-8505 (facsimile)
Rob@cbsattorneys.com

**ATTORNEY FOR CREATION TECHNOLOGIES TEXAS LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 31st day of March 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Nicole Figueroa*
Nicole Figueroa